IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01942-AP

LELAND BERNDT,

        Plaintiff,

  v.

JO ANNE B. BARNHART, Commissioner of Social Security,

        Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

        For Plaintiff:
        PAUL RADOSEVICH
        1621 York Street
        Denver, CO 80206
        (303) 377-1300

        For Defendant:
        THOMAS H. KRAUS
        Special Assistant United States Attorney

        *Mailing Address:*
        1961 Stout Street, Suite 1001A
        Denver, Colorado 80294
        (303) 844-0017

        *Street Address:*
        1225 Seventeenth Street, Suite 700
        Denver, Colorado 80202
        (303) 454-0100

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A.    **Date Complaint Was Filed:** 09/29/06

    B.    **Date Complaint Was Served on U.S. Attorney's Office:** 10/03/06

    C.    **Date Answer and Administrative Record Were Filed:** 12/04/06

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

There are no issues with the accuracy or completeness of the administrative record.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

None anticipated.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

This case does not involve unusually complicated or out-of-the-ordinary claims.

**7. OTHER MATTERS**

None.

**8. PROPOSED BRIEFING SCHEDULE**

    A.    **Plaintiff's Opening Brief Due:** January 31, 2007

    B.    **Defendant's Response Brief Due:** March 2, 2007

    C.    **Plaintiff's Reply Brief (If Any) Due:** March 19, 2007

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    A.    **Plaintiff's Statement:** Oral Argument not requested.

    B.    **Defendant's Statement:** Oral Argument not requested.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.    **( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    **(X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this <u>11th</u> day of <u>December,</u> 2006.

                                        BY THE COURT:

                                         <u>*S/John L. Kane*</u>
                                        U.S. DISTRICT COURT JUDGE

APPROVED:

                                                                 UNITED STATES ATTORNEY

s/ Paul Radosevich                                    s/ Thomas H. Kraus
By: PAUL RADOSEVICH                      By: THOMAS H. KRAUS
1621 York Street                                      Special Assistant U.S. Attorney
Denver, CO 80206
Telephone: (303) 377-1300                   *Mailing Address:*
presq@worldnet.att.net                           1961 Stout St., Suite 1001A
                                                               Denver, Colorado 80294
Attorney for Plaintiff                              Telephone: (303) 844-0017
                                                               tom.kraus@ssa.gov

                                                               *Street Address:*
                                                               United States Attorney's Office
                                                               1225 Seventeenth Street, Suite 700
                                                               Denver, Colorado 80202
                                                               Telephone: (303) 454-0100

                                                               Attorney for Defendant(s)